UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATERIAL HANDLING SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RACK MEN EQUIPMENT COMPANY, INC., a Georgia Corporation,<br><br>Defendant. | CASE NO.: 2:23-CV-01089-WBS-AC<br><br>**ORDER ON JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:   6/7/2023 |

On July 10, 2023, the parties submitted a JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT, extending the time for Defendant RACK MEN EQUIPMENT COMPANY, INC. to respond to the Complaint of Plaintiff MATERIAL HANDLING SYSTEMS, INC. through and including July 21, 2023.

**IT IS SO ORDERED.**

Dated:  July 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE