UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Material Handling Systems, Inc., a California Corporation,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rack Men Equipment Company, Inc., a Georgia Corporation,,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:23-cv-01089-WBS-AC<br><br>**ORDER ON JOINT STIPULATION EXTENDING TIME TO RESPOND TO ANSWER AND COUNTERCLAIMS** |

On August 7, 2023, the parties submitted a JOINT STIPULATION EXTENDING TIME TO RESPOND TO ANSWER AND COUNTERCLAIMS, extending the time for Plaintiff MATERIAL HANDLING SYSTEMS, INC. to respond to Answer and Counterclaims of Defendant, RACK MEN EQUIPMENT COMPANY, INC. through August 24, 2023.

**IT IS SO ORDERED.**

Dated:  August 7, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE