UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATERIAL HANDLING SYSTEMS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RACK MEN EQUIPMENT COMPANY, INC., a Georgia Corporation,<br><br>    Defendant. | **CASE NO.: 2:23-CV-01089-WBS-AC**<br><br>[Judge: Hon. William B. Shubb]<br><br>**ORDER ON JOINT STIPULATION GRANTING DEFENDANT RACK MEN EQUIPMENT COMPANY, INC. LEAVE TO AMEND COUNTERCLAIMS**<br><br>Action Filed:   6/7/2023 |

    On September 14, 2023, the parties submitted a JOINT STIPULATION GRANTING DEFENDANT RACK MEN EQUIPMENT COMPANY, INC. LEAVE TO AMEND COUNTERCLAIMS.  Upon the Stipulation of the Parties:

  **1.** Defendant is hereby granted leave to amend its counterclaims.

  **2.** Defendant shall file and serve its amended counterclaims within thirty (30) days of this Order.

  **3.** Accordingly, Plaintiff's Motion to Dismiss is moot and the hearing set for October 30, 2023 at 1:30 pm is hereby **vacated**.

///

4. Plaintiff retains all rights to respond to Defendant's amended counterclaims upon service.

**IT IS SO ORDERED.**

Dated: September 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE