DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
mthomas@downeybrand.com
BRADLEY C. CARROLL (Bar No. 300658)
bcarroll@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:      916.444.2100

Attorneys for Material Handling Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Material Handling Systems, Inc., a California Corporation,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rack Men Equipment Company, Inc., a Georgia Corporation,,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:23-cv-01089-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER BY EXTENDING DISCOVERY-RELATED DEADLINES**<br><br>*The Hon. William B. Shubb* |

This Stipulation and [Proposed] Order to Amend the Scheduling Order to Extend Discovery-Related Deadlines is entered into by and between Plaintiff and Counterdefendant Material Handling Systems, Inc. ("Plaintiff") and Defendant and Counterclaimant Rack Men Equipment Company, Inc. ("Defendant"), through their respective counsel of record, based on the recitals below.  Plaintiff and Defendant are collectively referred to as the "Parties" in this Stipulation.

**RECITALS**

WHEREAS, Plaintiff filed its Complaint against Defendant on June 7, 2023.

WHEREAS, Defendant filed its Answer and Counterclaim on July 20, 2023.

1  WHEREAS, Defendant filed its First Amended Counterclaim on October 18, 2023.

2  WHEREAS, Plaintiff filed its Answer to Defendant's Counterclaims on February 6, 2024.

3  WHEREAS, on February 27, 2024, the Court entered a Status (Pretrial Scheduling) Order
4  which ordered the parties to disclose experts and expert reports by July 18, 2025; to disclose
5  rebuttal experts and rebuttal expert reports by August 15, 2025; to complete discovery and notice
6  discovery motions by September 12, 2025.

7  WHEREAS, the parties have been conducting discovery, and in the interest of preserving
8  judicial resources, the Parties agree that there is good cause to continue the foregoing discovery-
9  related deadlines by four weeks (28) days, so the Parties can presently focus on discussing
10 potential resolution.  The parties believe that allowing the parties to briefly focus on resolution
11 rather than expending resources on upcoming discovery deadlines will facilitate and enhance the
12 potential for settlement.

## **STIPULATION**

14 THEREFORE, the Parties stipulate and agree and request that the Court continue the
15 foregoing deadlines by four weeks, such that the following deadlines will apply:

16 August 15, 2025:  deadline to disclose experts and reports;

17 September 12, 2025: deadline to disclose rebuttal experts and rebuttal reports;

18 October 10, 2025:  deadline to complete discovery and notice discovery motions;

19 All other deadlines in the Scheduling Order remain unchanged.

DATED: May 29, 2025                DOWNEY BRAND LLP

By: _/s/ Michael J. Thomas_____
                                    MICHAEL J. THOMAS
                                    BRADLEY C. CARROLL
                        Attorneys for Material Handling Systems, Inc.

DATED: May 29, 2025                QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: _/s/ David G. Halm_ (as authorized on 5/29/25)
                                    DAVID G. HALM
                                    EMANUEL K. CAROS
                        Attorneys for Rack Men Equipment Company, Inc.

## [PROPOSED] ORDER

After considering the Parties' Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order is amended to apply new deadlines for certain discovery-related events as follows:

August 15, 2025: deadline to disclose experts and expert reports;

September 12, 2025: deadline to disclose rebuttal experts and rebuttal expert reports;

October 10, 2025: deadline to complete discovery and notice discovery motions;

All other deadlines in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4966298.1                                3
STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER