DAVID G. HALM, ESQ. (Bar No. 179957)
David.Halm@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
500 North Brand Avenue, Suite 1650
Glendale, CA 91203
Telephone:     213.486.0048
Facsimile:      213. 486.0049

Attorneys for Rack Men Equipment Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Material Handling Systems, Inc., a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> Rack Men Equipment Company, Inc., a Georgia Corporation,, <br><br> Defendant. | Case No. 2:23-cv-01089-WBS-AC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULING ORDER BY FURTHER EXTENDING DISCOVERY-RELATED DEADLINES** <br><br> *The Hon. William B. Shubb* |
| AND RELATED COUNTERCLAIMS. | |

This Stipulation and [Proposed] Order to Amend the Scheduling Order to Extend Discovery-Related Deadlines is entered into by and between Plaintiff and Counterdefendant Material Handling Systems, Inc. ("Plaintiff") and Defendant and Counterclaimant Rack Men Equipment Company, Inc. ("Defendant"), through their respective counsel of record, based on the recitals below.  Plaintiff and Defendant are collectively referred to as the "Parties" in this Stipulation.

**RECITALS**

WHEREAS, Plaintiff filed its Complaint against Defendant on June 7, 2023.

WHEREAS, Defendant filed its Answer and Counterclaim on July 20, 2023.

WHEREAS, Defendant filed its First Amended Counterclaim on October 18, 2023.

1       WHEREAS, Plaintiff filed its Answer to Defendant's Counterclaims on February 6, 2024.

2       WHEREAS, on February 27, 2024, the Court entered a Status (Pretrial Scheduling) Order
3  which ordered the parties to disclose experts and expert reports by July 18, 2025; to disclose
4  rebuttal experts and rebuttal expert reports by August 15, 2025; to complete discovery and notice
5  discovery motions by September 12, 2025 ("Scheduling Order").

6       WHEREAS, on May 30, 2025, the Court entered and Order amending the Scheduling
7  Order to apply new deadlines for certain discovery related events as follows:

8       "August 15, 2025: deadline to disclose experts and expert reports;

9       September 12, 2025: deadline to disclose rebuttal experts and rebuttal expert reports;

10      October 10, 2025: deadline to complete discovery and notice discovery motions;

11      All other deadlines in the Scheduling Order remain unchanged."  [ECF 44.]

12      WHEREAS, the parties have been conducting discovery, and in the interest of preserving
13 judicial resources, the Parties agree that there is good cause to continue the foregoing discovery-
14 related deadlines by another four weeks (28) days, so the Parties can presently focus on discussing
15 potential resolution.  The parties believe that allowing the parties to briefly focus on resolution
16 rather than expending resources on upcoming discovery deadlines will facilitate and enhance the
17 potential for settlement.

## **STIPULATION**

19      THEREFORE, the Parties stipulate and agree and request that the Court continue the
20 foregoing deadlines by four weeks, such that the following deadlines will apply:

21      September 12, 2025:  deadline to disclose experts and reports;

22      October 10, 2025: deadline to disclose rebuttal experts and rebuttal reports;

23      November 7, 2025:  deadline to complete discovery and notice discovery motions;

24      Except as otherwise provided herein, all other deadlines in the Scheduling Order remain
25 unchanged.

DOWNEY BRAND LLP

2
STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

DATED: June 18, 2025                    DOWNEY BRAND LLP

By: */s/ Michael J.Thomas*
MICHAEL J. THOMAS
BRADLEY C. CARROLL
Attorneys for Material Handling Systems, Inc.

DATED: June 18, 2025                    QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: */s/ David G. Halm*
DAVID G. HALM
EMANUEL K. CAROS
Attorneys for Rack Men Equipment Company, Inc.

### [PROPOSED] ORDER

After considering the Parties' Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order is amended to apply new deadlines for certain discovery-related events as follows:

September 12, 2025: deadline to disclose experts and expert reports;

October 10, 2025: deadline to disclose rebuttal experts and rebuttal expert reports;

November 7, 2025: deadline to complete discovery and notice discovery motions;

Except as otherwise provided herein, all other deadlines in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: July 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE