**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATERIAL HANDLING SYSTEMS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>RACK MEN EQUIPMENT COMPANY, INC., a Georgia Corporation,<br><br>            Defendant.<br>_____<br>RACK MEN EQUIPMENT COMPANY, INC., a Georgia Corporation,<br><br>            Counterclaimant,<br><br>      vs.<br><br>MATERIAL HANDLING SYSTEMS, INC., a California Corporation, and MOES 1-25,<br><br>            Counter-Defendants. | **CASE NO.: 2:23-CV-01089-WBS-AC**<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br><br>Action Filed:  June 7, 2023 |

On April 10, 2026, the parties jointly submitted a Stipulation of Dismissal, dismissing the counterclaims herein asserted by Rack Men Equipment Company, Inc. against Counter-

1

Defendant Material Handling Systems, Inc., stipulating that no appeal shall be taken from any order or judgment issued in this case and stipulating that the parties shall bear their own respective costs and attorneys' fees arising out of, related to or incurred in the prosecution, defense and/or settlement of the action.

**IT IS SO ORDERED.**

Dated:  April 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR DISMISSAL

ORDER ON STIPULATION FOR DISMISSAL